Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800
F: (213) 277-5373

Andrew Gerber (admitted *pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
F: (917) 398-1487

*Attorneys for Plaintiff Raeha Keller*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEHA KELLER,<br><br>              *Plaintiff,*<br><br>  v.<br><br>ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE<br><br>              *Defendant.* | Case No.: 21-cv-07229-ODW (AGR)<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that this action has been settled, in its entirety and as to all parties, pending the exchange of closing documents. The parties shall file a stipulation of dismissal with prejudice upon the completion of the settlement.

The parties respectfully request that all pending dates and deadlines be vacated.

Dated:   August 23, 2022

Respectfully submitted,

KUSHNIRSKY GERBER PLLC

By: /s/ Andrew Gerber
Andrew Gerber
*Attorney for Plaintiff Raeha Keller*